UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20674-Cr-GAYLES

UNITED STATES OF AMERICA

v.

KADIR DIAZ,

        Defendant.

_____/

## GOVERNMENT'S SUPPLEMENTAL RULE 35 MOTION

The United States hereby moves for a remedial second reduction in defendant Kadir Diaz's sentence, pursuant to Fed. Rule Crim. Pro. 35(b), in response to his substantial assistance to the prosecution of other offenders.  As grounds therefore, the United States asserts the following:

1.  The defendant was originally sentenced to 87 months in prison.  Following his cooperation with law enforcement in this and in another case, his sentence was reduced to 30 months, based on the Government's Rule 35 Motion.

2.  The defendant was subsequently transported to FDC Miami to be available as a prosecution witness in the trial of co-defendants Boris Arencibia and Jose Rivera.  He remained in FDC Miami for several months, until those defendants' charges were resolved through plea agreements.

3.  Upon his return to his BOP institution, Diaz's prospective release date, which previously had been set for July 14, 2025, had been delayed.  It is now set for October 27, 2025.  The United States attributes this loss of gain time as being due to his being brought to Miami as a witness. While here he did not have access to his previous BOP programs and did not gain the credit he otherwise would have.

4.  The defendant should not have his imprisonment lengthened as a result of cooperating with the United States.  Accordingly, the United States is seeking his prompt release, in order to provide him with the full benefit of the court's original sentence reduction, and to neutralize the negative consequences that resulted from his being required to spend time in FDC Miami.

*Wherefore*, the United States moves for an imprisonment reduction to time served, with his term of supervised release and all other conditions remaining unchanged.  Defense counsel David Garvin agrees with this motion.

    Respectfully submitted,

    HAYDEN P. O'BRYNE
    UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
    FRANK H. TAMEN
    Assistant United States Attorney
    Florida Bar No. 261289
    99 Northeast 4th Street, Suite 700
    Miami, Florida 33132-2111
    Telephone: 305-961-9022
    Email: Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  /s/ Frank H. Tamen
    Frank H. Tamen
    Assistant United States Attorney